# United States Court of Appeals
## For the First Circuit

---

No. 05-2310

AMERICAN HOME ASSURANCE COMPANY,

Plaintiff, Appellee,

v.

AGM MARINE CONTRACTORS, INC.,

Defendant, Appellant.

---

ERRATA

The opinion of this Court, issued on November 8, 2006, should be amended as follows:

On page 4, line 4, replace "<u>Phillip Morris, Inc.</u>" with "<u>Philip Morris, Inc.</u>".

On page 6, last line of 1st paragraph, "E.g." should be underlined.

On page 9, lines 4 and 5 of footnote 4, replace "(Dist. Ct. App. Fla. 2001)" with "(Fla. Dist. Ct. App. 2001)".

On page 10, line 1, top of page, insert "a" between "also" and "good".